IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 7:16-MJ-00031						Date: 3/16/2016

**Defendant:** Brandon Scott Thomas, custody          **Counsel:** Terry Grimes, CJA

PRESENT:	JUDGE:		Robert S. Ballou		TIME IN COURT: 66 min
		Deputy Clerk:		K. Brown
		Court Reporter:		K. Brown/FTR
		U. S. Attorney:		Laura Rottenborn/ Don Wolthuis
		USPO:			Jason McMurray
		Case Agent:		Hunter Durham
		Interpreter:

## BOND HEARING

☒	Bond hearing held. See below.
☒	Bond denied. Defendant remanded to custody. Written detention order will follow.

**Additional Information:**
3:05
Parties present and represented by counsel.

Evidence. Hunter Durham, sworn. Cross. Court addresses witness. Redirect. Jason McMurray, sworn. No cross. Rest. Patty Thomas, sworn. Cross. Court addresses witness. Redirect. Court addresses witness. Rest.

Argument.

Court addresses defendant. Nature and circumstances of charges. Allegations of drug distribution in connection with prostitution, sex trafficking and violence, and threats against officers. Weight of the evidence includes mirandized statements that confirm existence of Back Page accounts and social media with drug use. Testimony from mother regarding violent altercation that involved beating of a pregnant woman. Weight of evidence is great. History and characteristics involves statutory burglary. When instant offenses occurred, may have been at tail end of state probation period. Nature and serious of acts are danger to the community. Defendant has made threats against victims, witnesses, and federal law enforcement officers. Drugs used as means to force victims to perform sexual acts. Clear and convincing evidence that defendant is a danger to the community. Government's motion for detention is granted. Defendant remanded.

Adjourned.
4:11